# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00541-CR

**Florentino Richard Gonzales, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2012-598, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant was convicted of four counts of indecency with a child by contact and two counts of aggravated sexual assault of a child in Cause No. CR2012-598 in the 207th Judicial District Court of Comal County. This Court reversed the convictions and remanded this cause for a new trial. *Gonzales v. State*, No. 03-16-00541-CR, 2017 WL 6756812 (Tex. App.—Austin Dec. 21, 2017, pet. filed) (mem. op., not designated for publication).

Appellant has filed an application under Article 44.04(h) of the Code of Criminal Procedure to set a reasonable bail pending final determination of the appeal. Accordingly, bail is hereby set in the amount of $50,000 per count of indecency with a child by contact and $100,000 per count of aggravated sexual assault of a child, for a total of $400,000, and it is ORDERED that the

trial court order Appellant released from confinement assessed in this cause upon the posting of bail. Any sureties must be approved by the trial court.

It is so ordered March 6, 2018.

Before Justices Puryear, Field, and Bourland

Do Not Publish